IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER NALLY, et al.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-1144** |
| | : | |
| **NEW JERSEY MANUFACTURERS INSURANCE COMPANY** | : | |

## ORDER

This 25th day of May, 2023, for the reasons in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 7, is **DENIED**.

It is further **ORDERED** that Defendant's second Motion to Dismiss, ECF 15, is **DENIED** as **MOOT**, as Defendant's arguments in its second motion are redundant and Plaintiffs' subsequent attempts to perfect service of process have been rendered unnecessary by this Order.

   /s/ Gerald Austin McHugh
United States District Judge